**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NUMBER: 06-160** |
| **BRIAN DANTONI** | **SECTION: "B"(5)** |

## ORDER AND REASONS

**IT IS ORDERED** that Defendant Brian Dantoni's motion for reduction of sentence, Record Document Number 168, is **DENIED**.

This federal prisoner received a sentence reduction in June 2008 based upon 17 U.S.C. 3582(c)(2) and a retroactive application by the United States Sentencing Commission of reduced guideline range for "crack" cocaine. That reduction followed the passage of Amendment 706 and Amendment 711 which are listed in U.S.S.G. Section 1B1.10(c).

The instant motion seeks another sentence reduction based upon the November 2010 Amendment 748 to U.S.S.G § 2D1. Unfortunately for movant, that amendment has not received retroactive effect by the Sentencing Commission and is not listed in U.S.S.G. Section 1B1.10. Further, the Fair Sentencing Act does not give movant relief for similar reasons. Until Amendment 748 is listed in § 1B1.10(c) by the Sentencing Commission, there is no legal authority to lower the guideline range again. *Cf. U.S. v. Shaw*, 30 F. 3d 26 (5th Cir. 1994); *U.S. v. Williams*, 2011 WL 17628, at *1(E.D. Ark. Jan. 3, 2011).

New Orleans, Louisiana, this 19th day January 2011.

_____
UNITED STATES DISTRICT JUDGE